IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CELLULAR SOUTH REAL ESTATE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  CIVIL ACTION NO. 15-00387-CG-B |
| CITY OF MOBILE, ALABAMA, | ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Order entered this date granting in part and denying in part Plaintiff's motion for summary judgment and granting in part and denying in part Defendant's motion for summary judgment, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff and against Defendant as to Count 1 of Plaintiff's complaint and in favor of Defendant and against Plaintiff as to Count 2. Defendant is, therefore, **ORDERED** to approve Plaintiff's application to build a cellular tower at the stadium site location. Plaintiff's Count 2 claim is hereby **DISMISSED with prejudice**. Costs are taxed against Defendant.

**DONE** this 8th day of July, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE